CHET A. KRONENBERG (SBN: 222335)
ckronenberg@stblaw.com
ERICA SEDLER (SBN: 272250)
erica.sedler@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502

*Attorneys for Plaintiffs Travelers
Property Casualty Company of America;
The Travelers Indemnity Company of America;
and The Charter Oak Fire Insurance Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF AMERICA; and THE CHARTER OAK FIRE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> HYUNDAI L&C USA, LLC; CHUBB INDEMNITY INSURANCE COMPANY; LM INSURANCE CORPORATION; LIBERTY INSURANCE CORPORATION; and SAMSUNG FIRE & MARINE INSURANCE CO., LTD., <br><br> Defendants. | Case No. 2:26-cv-01582 MEMF (Ex) <br><br> **DECLARATION OF THOMAS W. O'BRIEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT HYUNDAI L&C USA, LLC'S MOTION TO DISMISS OR STAY** <br><br> Date:    June 25, 2026 <br> Time:    10:00 a.m. <br> Courtroom: 8B <br><br> Judge: Hon. Maame Ewusi-Mensah Frimpong <br><br> [Filed concurrently herewith: Plaintiffs' Opposition to Defendant Hyundai L&C USA, LLC's Motion to Dismiss or Stay; Declaration of Chet A. Kronenberg; Plaintiffs' Evidentiary Objections to Declaration of Min J. Koo] |

I, Thomas W. O'Brien, state and declare as follows:

1.    I am AVP, Complex Claim Liability, Strategic Resolution Group, at Travelers.  My responsibilities include overseeing the handling of Defendant Hyundai L&C USA, LLC's ("Hyundai") claims for coverage under insurance policies issued to Hyundai and/or Hanwa L&C USA, LLC by Plaintiffs Travelers Property Casualty Company of America, The Travelers Indemnity Company of America, and The Charter Oak Fire Insurance Company.

2.    I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.  I submit this declaration in support of Plaintiffs' Opposition to Hyundai's Motion to Dismiss or Stay Plaintiffs' First Amended Complaint.

3.    Travelers is in the process of reviewing the legal invoices from six law firms submitted by Hyundai for reimbursement in connection with certain underlying lawsuits against it.  On May 20, 2026, subject to Travelers' ongoing review and adjustment, and a complete reservation of all of its rights and defenses, including the right of recoupment, Travelers has authorized the issuance of interim payment to Hyundai in the amount of $287,996.47.  On May 21, 2026, Travelers paid $287,996.47 to Hyundai.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 21, 2026, in Richardson, Texas

_____
Thomas W. O'Brien

- 2 -

DECLARATION OF THOMAS W. O'BRIEN
CASE NO. 2:26-CV-01582 MEMF (EX)