CHET A. KRONENBERG (SBN: 222335)
ckronenberg@stblaw.com
ERICA SEDLER (SBN: 272250)
erica.sedler@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502

*Attorneys for Plaintiffs Travelers
Property Casualty Company of America;
The Travelers Indemnity Company of America;
and The Charter Oak Fire Insurance Company*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF AMERICA; and THE CHARTER OAK FIRE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> HYUNDAI L&C USA, LLC; CHUBB INDEMNITY INSURANCE COMPANY; LM INSURANCE CORPORATION; LIBERTY INSURANCE CORPORATION; and SAMSUNG FIRE & MARINE INSURANCE CO., LTD., <br><br> Defendants. | Case No. 2:26-cv-01582 MEMF (Ex) <br><br> **PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DECLARATION OF MIN J. KOO** <br><br> Date:　　　June 25, 2026 <br> Time:　　　10:00 a.m. <br> Courtroom: 8B <br><br> Judge: Hon. Maame Ewusi-Mensah Frimpong <br><br> [Filed concurrently herewith: Plaintiffs' Opposition to Defendant Hyundai L&C USA, LLC's Motion to Dismiss or Stay; Declaration of Thomas W. O'Brien; Declaration of Chet A. Kronenberg] |

Plaintiffs Travelers Property Casualty Company of America, The Travelers Indemnity Company of America, and The Charter Oak Fire Insurance Company (collectively, "Travelers") hereby submit these evidentiary objections to the Declaration of Min J. Koo ("Koo Declaration"), which Hyundai L&C USA, LLC ("Hyundai") filed in support of its Motion to Dismiss or Stay Proceedings (Docket No. 32).

## OBJECTIONS TO THE KOO DECLARATION

Hyundai expressly offers the Koo Declaration "in Support of [its] Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1), (6)."  But Hyundai's reliance on the declaration in support of dismissal under Rule 12(b)(6) is improper.  In particular, Hyundai relies on Paragraph 11 of the Koo Declaration—which asserts that "Travelers has not provided a defense to Hyundai in any of the underlying Silica Lawsuits and has not paid any defense costs to date"—to argue that Travelers' sixth cause of action for recoupment fails as a matter of law.  *See* Hyundai Mem. at 12 (citing Koo Decl. ¶ 11), 13.

Courts in this Circuit have repeatedly rejected this type of attempt to rely on extrinsic information at the motion-to-dismiss stage.  *See Yakima Valley Mem. Hosp. v. Wash. State Dep't of Health*, 654 F.3d 919, 925 n.6 (9th Cir. 2011) ("Judgment on the pleadings is limited to material included in the pleadings."); *Jackson v. 14856 Magnolia Blvd. Real Estate LLC*, 2020 U.S. Dist. LEXIS 139178, at *5 (C.D. Cal. June 3, 2020) (court "cannot consider new materials beyond the pleadings when ruling on a motion to dismiss"); *Comprehensive Toxicology Billing LLC v. Aliya Medcare Fin. LLC*, 2016 WL 3475329, at *8 (C.D. Cal. Feb. 23, 2016) ("The court cannot consider facts asserted for the first time in the opposition to a motion to dismiss in deciding the motion.").  The Court should do the same here.

Dated: May 21, 2026                    SIMPSON THACHER & BARTLETT LLP


By: _/s/ Chet A. Kronenberg_
       CHET A. KRONENBERG

*Attorneys for Plaintiffs with respect to Counts I-III, & VI*

PLAINTIFFS' EVIDENTIARY OBJECTIONS
CASE NO. 2:26-CV-01582 MEMF (EX)