CHET A. KRONENBERG (SBN: 222335)
ckronenberg@stblaw.com
ERICA SEDLER (SBN: 272250)
erica.sedler@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502

*Attorneys for Plaintiffs Travelers Property Casualty Company of America; The Travelers Indemnity Company of America; and The Charter Oak Fire Insurance Company*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF AMERICA; and THE CHARTER OAK FIRE INSURANCE COMPANY,

Plaintiffs,

vs.

HYUNDAI L&C USA, LLC; CHUBB INDEMNITY INSURANCE COMPANY; LM INSURANCE CORPORATION; LIBERTY INSURANCE CORPORATION; and SAMSUNG FIRE & MARINE INSURANCE CO., LTD.,

Defendants.

Case No. 2:26-cv-01582 MEMF (Ex)

**NOTICE OF VOLUNTARY DISMISSAL OF HYUNDAI L&C USA LLC'S CLAIMS AGAINST TRAVELERS IN GEORGIA STATE COURT ACTION**

Judge: Hon. Maame Ewusi-Mensah Frimpong

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 2, 2026, Hyundai L&C USA LLC filed a voluntary dismissal without prejudice as to all claims alleged in its Answer, Counterclaims, and Notice of Joinder against Travelers Property Casualty Company of America, The Travelers Indemnity Company of America, and The Charter Oak Fire Insurance Company, filed on May 7, 2026, in the Superior Court of Gwinnett County for the State of Georgia action entitled *Samsung Fire & Marine Insurance Co., Ltd. v. Hyundai L&C USA LLC*, Civil Action File No. 26-A-01274-4. A copy of the dismissal is attached hereto as Exhibit A.

Dated: July 2, 2026

SIMPSON THACHER & BARTLETT LLP

By: */s/ Chet A. Kronenberg*
CHET A. KRONENBERG

*Attorneys for Plaintiffs with respect to Counts I-III, & VI*