Benjamin S. Tragish, CSB #292188
**TRAGISH LAW**
2625 Townsgate Road, Ste. 330
Westlake Village, CA 91361
Telephone: (805) 267-1150
E-Mail: ben@tragishlaw.com

Attorney for Defendant, HYUNDAI L&C USA, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF AMERICA; and THE CHARTER OAK FIRE INSURANCE COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI L&C USA, LLC; CHUBB INDEMNITY INSURANCE COMPANY; LM INSURANCE CORPORATION; LIBERTY INSURANCE CORPORATION; and SAMSUNG FIRE & MARINE INSURANCE CO., LTD**,**<br><br>Defendants. | Case No. No. 2:26-cv-01582-MEMF-E<br><br>Stipulation to Withdraw Hyundai L&C USA, LLC's Motion to Dismiss pursuant to Fed R. Civ. Proc. 12(b)(1),(6), or, in the alternative, to Stay Proceedings Pending Resolution of Parallel State Court Proceedings [Dkt. 32]<br><br>*[Proposed Order Submitted Concurrently herewith]* |

Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF AMERICA; and THE CHARTER OAK FIRE INSURANCE COMPANY ("Travelers") and Defendant HYUNDAI L&C USA, LLC ("Hyundai"), by and through their respective counsel of record, stipulate and agree to Hyundai's withdrawal of its pending Motion to Dismiss pursuant to Fed R. Civ. Proc. 12(b)(1),(6), or, in the alternative, to Stay Proceedings Pending Resolution of Parallel State Court Proceedings [Dkt. 32] as follows:

WHEREAS, Travelers initiated the instant action on February 13, 2026 [Dkt. 1 & 2];

WHEREAS, this action is an insurance coverage dispute between 1) Travelers, an insurer of Hyundai; 2) Hyundai, a distributor of stone and solid surface products; and 3) Defendants CHUBB INDEMNITY INSURANCE COMPANY; LM INSURANCE CORPORATION; LIBERTY INSURANCE CORPORATION; and SAMSUNG FIRE & MARINE INSURANCE CO., LTD., who are co-insurers of Hyundai (the "Insurer Defendants") in connection with various underlying personal injury lawsuits alleging damages from exposure to products distributed by Hyundai;

WHEREAS, Travelers filed a First Amended Complaint ("FAC") on April 23, 2026 [Dkt. 26];

WHEREAS, on May 7, 2026, Hyundai filed a Notice of Motion to Dismiss the FAC pursuant to Fed. R. Civ. Proc. 12(b),(1),(6), or in the alternative, to Stay Proceedings Pending Resolution of Parallel State Court Proceedings (the "Motion") and noticed it for hearing on June 25, 2026 [Dkt 32];

Whereas, Hyundai's Motion was made on the grounds that, *inter alia:* i) Hyundai had stated counterclaims against Travelers in a parallel state court proceeding pending in the Superior Court of Gwinnett County, in the State of Georgia [*see* Dkt. 33-1] (the "Georgia Action") and, ii) Travelers' sixth cause of action was not adequately pled and was not viable because Travelers had not remitted any sums of money to Hyundai associated with Hyundai's past defense costs in the underlying personal injury lawsuits [*see* Dkt. 32-1];

WHEREAS, Travelers filed and served an Opposition to Hyundai's Motion on May 26, 2026 [Dkt. 41] (the "Opposition");

WHEREAS, Hyundai filed a Reply in support of its Motion on May 28, 2026 [Dkt. 42];

WHEREAS, on June 5, 2026, in light of District Judge Maame Ewusi-Mensah Frimpong's unavailability to rule on Hyundai's Motion on the noticed dated of June 25, 2026, the Motion was referred to District Judge Mark C. Scarsi for determination [Dkt. 44];

WHEREAS, on June 10, 2026, District Judge Mark C. Scarsi issued an order advancing the hearing on the Motion from June 25, 2026 to June 22, 2026 [Dkt. 46];

WHEREAS, on June 17, 2026, District Judge Mark C. Scarsi issued an order, pursuant to Local Rule 7.15, finding that the Motion could be decided without oral argument and taking the Motion under submission and off the Court's motion calendar [Dkt. 47];

WHEREAS, after Travelers filed and served its Opposition to the Motion, Hyundai, by and through its counsel, received a check from Travelers related to Hyundai's demand for its past defense costs incurred in the underlying personal injury lawsuits [*see* Dkt. 39-1, ¶ 3];

WHEREAS, on July 2, 2026, Hyundai dismissed, without prejudice, its counterclaims against Travelers in the Georgia Action [*see* Dkt. 50-1];

WHEREAS, Travelers and Hyundai have conferred and agreed to stipulate to Hyundai's withdrawal of its Motion;

WHEREAS, Hyundai agrees to answer the FAC within 14 days of entry of an order granting this stipulation to withdraw Hyundai's Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED: July 2, 2026

SIMPSON THACHER & BARTLETT LLP

By: <u>*/s/ Chet A. Kronenberg*</u>
Chet A. Kronenberg
Erica Sedler

Attorney for Plaintiffs, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF AMERICA; and THE CHARTER OAK FIRE INSURANCE COMPANY

DATED: July 2, 2026

TRAGISH LAW

By: <u>*/s/ Benjamin S. Tragish*</u>
Benjamin S. Tragish

Attorney for Defendant, HYUNDAI L&C USA LLC

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Benjamin S. Tragish hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*