ELIZABETH BROCKMAN (SBN CA 155901)
ebrockman@selmanlaw.com
CALVIN S. WHANG (SBN CA 215945)
cwhang@selmanlaw.com
SELMAN LEICHENGER EDSON HSU NEWMAN & MOORE LLP
10880 Wilshire Blvd., Suite 1200
Los Angeles, CA 90024
Telephone: 310.445.0800

Attorneys for Defendants FEDERAL INSURANCE COMPANY and ACE PROPERTY & CASUALTY INSURANCE COMPANY erroneously sued as CHUBB INDEMNITY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF AMERICA; and THE CHARTER OAK FIRE INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> HYUNDAI L&C USA, LLC; CHUBB INDEMNITY INSURANCE COMPANY; LIBERTY MUTUAL INSURANCE COMPANY; and SAMSUNG FIRE & MARINE INSURANCE CO., LTD., <br><br> Defendants. | Case No. 2:26-cv-01582 MEMF (Ex) <br><br> Assigned to Judge Maame Ewusi-Mensah Frimpong <br><br> **STATUS UPDATE REGARDING PARALLEL PROCEEDINGS** |

Plaintiff TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; THE TRAVELERS INDEMNITY COMPANY OF AMERICA, AND THE CHARTER OAK FIRE INSURANCE COMPANY ("Plaintiffs") and Defendants FEDERAL INSURANCE COMPANY and ACE PROPERTY & CASUALTY INSURANCE COMPANY erroneously sued as CHUBB INDEMNITY INSURANCE COMPANY ("Defendants") (Plaintiffs and Defendants as the "Parties"), by and through their respective counsel of record, stipulate and agree to

1

1430 108551 4903-0479-9424 .v1

Selman Leichenger Edson
Hsu Newman & Moore LLP
ATTORNEYS AT LAW

extend the time for Defendants to respond to Plaintiffs' Complaint [Dk.1] as follows:

Federal Insurance Company ("Federal"), ACE American Insurance Company ("ACE"), ACE Property and Casualty Insurance Company ("ACE P&C"), LM Insurance Corporation and Liberty Insurance Corporation (together, "Liberty", and collectively with Federal, ACE P&C, and ACE, the "Chubb/Liberty Insurers") provide this status update to the Court regarding significant developments in the parallel Georgia state court proceedings.[1]  As discussed below, the Chubb/Liberty Insurers have moved to intervene in the parallel Georgia state court proceedings.

## Background

The insurance coverage dispute arises from silica bodily injury claims filed against Hyundai L&C USA, LLC ("Hyundai"). Samsung Fire & Marine Insurance Co., Ltd. ("Samsung") initially filed a declaratory judgment action against Hyundai in the Superior Court of Gwinnett County, Georgia (Case No. 26-A-4) that did not name any other parties.

Travelers Property Casualty Company of America, the Travelers Indemnity Company of America, and The Charter Oak Fire Insurance Company (collectively, "Travelers"), subsequently filed this federal action in California naming all insurers and Hyundai.

Samsung moved to dismiss the Travelers complaint (ECF 35). The Chubb/Liberty Insurers received an extension until 30 days after receipt of the Court's ruling on Samsung's Motion to answer or otherwise plead to the Travelers complaint. (ECF 49-1).

## Significant Procedural Developments In California

Initially, Hyundai moved to dismiss the Travelers suit, arguing that Georgia state court was the proper forum, because, among other reasons: (1) "exercising jurisdiction would require this Court to determine disputed issues of state insurance law concerning policies issued and delivered in Georgia in connection with Georgia-

---

[1] Chubb Indemnity Insurance Company is incorrectly named and should not be a party.

Selman Leichenger Edson Hsu Newman & Moore LLP
ATTORNEYS AT LAW

**STATUS UPDATE REGARDING PARALLEL PROCEEDINGS**

1430 108551 4903-0479-9424 .v1

based insured operations"; and (2) "allowing this action to proceed in California despite the pending Georgia declaratory judgment proceeding would create duplicative litigation and a substantial risk of inconsistent rulings concerning the same policy language, exclusions, and alleged defense obligations". (ECF 32-1). Hyundai's position changed on July 3, 2026 when it withdrew its motion to dismiss (ECF 51). Hyundai then filed insurance coverage claims in this court against its insurers on July 20, 2026. Samsung and the Chubb/Liberty Insurers intend to move to dismiss Hyundai's claims.

### Significant Procedural Developments In Georgia

However, the Chubb/Liberty Insurers want to make the Court aware that the Chubb/Liberty Insurers moved to intervene in the Georgia case on July 15, 2026, before Hyundai sought to add them to this case. See attached Exhibits 1-2. That motion to intervene is currently pending and seeks a declaratory judgment as to the coverage obligations between and among Hyundai and all of its insurers, including Travelers.

DATED:  July 23, 2026

SELMAN LEICHENGER EDSON
HSU NEWMAN & MOORE LLP

By: /s/*Elizabeth Brockman*
ELIZABETH BROCKMAN
CALVIN S. WHANG
Attorneys for Defendants FEDERAL INSURANCE COMPANY AND ACE PROPERTY & CASUALTY INSURANCE COMPANY erroneously sued as CHUBB INDEMNITY INSURANCE COMPANY

<div style="margin-left:auto">Selman Leichenger Edson<br>Hsu Newman & Moore LLP<br>ATTORNEYS AT LAW</div>

3

**STATUS UPDATE REGARDING PARALLEL PROCEEDINGS**

1430 108551 4903-0479-9424 .v1